UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JPMORGAN CHASE BANK, | **CASE NO.   1:18-cv-00162-AWI-SAB** |
| Plaintiff | ORDER ASSIGNING CASE<br>RE PRESIDING JUDGE |
| vs | |
| CHEVALLEY FAMILY TRUST, | |
| Defendants. | |

IT IS HEREBY ORDERED that the above-entitled action be assigned  to the docket of Magistrate Judge  STANLEY A. BOONE as Presiding Judge of the above entitled action.   The parties have filed a Consent to Proceed before the assigned  Magistrate Judge to conduct all further proceedings in this case, including trial and entry of  final judgment.

# ALL FUTURE PLEADINGS SHALL BE

# NUMBERED AS FOLLOWS:

# 1:18-cv-00162 SAB

IT IS SO ORDERED.

Dated:   February 14, 2018         _____

                                         SENIOR   DISTRICT   JUDGE