| 1 | NILS ROSENQUEST [SB# 87661] |
| 2 | SUSAN A. BUSH [SB#110906] |
|   | ROSENQUEST & ASSOCIATES |
| 3 | 2720 Taylor Street, Suite 420 |
|   | San Francisco, California 94133 |
| 4 | Tel.: 415-292-0980 |
|   | Fax: 415-292-0989 |

1 NILS ROSENQUEST [SB# 87661]
  SUSAN A. BUSH [SB#110906]
2 ROSENQUEST & ASSOCIATES
  2720 Taylor Street, Suite 420
3 San Francisco, California 94133
  Tel.:  415-292-0980
4 Fax:  415-292-0989

5 Attorneys for Defendants, Heirs and Devisees
  of Charles W. Chevalley, as trustee of the Chevalley
6 Family Trust of June, 1997, Patsy Sanders, Allen
  Chevalley, Cheri Brown, Jim Chevalley

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| JPMORGAN CHASE BANK, National Association,<br><br>Plaintiff,<br><br>v.<br><br>THE HEIRS AND DEVISEES OF CHARLES W. CHEVALLEY, AS TRUSTEE OF THE CHEVALLEY FAMILY TRUST OF JUNE, 1997, et al.,<br><br>Defendants. | Case No. 1:18-cv-00162 SAB<br><br>ORDER CONTINUING SCHEDULING CONFERENCE<br><br>Date:  May 25, 2018<br>Time:  10:00 a.m.<br>Dept:  Courtroom 9<br><br>Requested:<br><br>Date:  May 29, 2018<br>Time:  3:30 p.m. |
|---|---|

For good cause and pursuant to the stipulation of the parties, the Scheduling Conference is continued to May 29, 2018 at 3:30 p.m. before Magistrate Judge Stanley A. Boone. A Joint Scheduling Conference Report is due one week before the new conference date.

IT IS SO ORDERED.

Dated:  **May 21, 2018**

_____
UNITED STATES MAGISTRATE JUDGE

1