# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>THE HEIRS and DEVISEES OF CHARLES W. CHEVALLEY, et al.,<br><br>Defendant. | Case No. 1:18-cv-00162-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 13)<br><br>FORTY-FIVE DAY DEADLINE |

On May 24, 2018, Plaintiff filed a notice of conditional settlement informing the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents within forty-five days of the date of service of this order.

IT IS SO ORDERED.

Dated: **May 24, 2018**

UNITED STATES MAGISTRATE JUDGE

1