# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,<br><br>    Plaintiff,<br><br>v.<br><br>THE HEIRS AND DEVISEES OF CHARLES W. CHEVALLEY, as Trustee of the Chevalley Family Trust of June 1997, et al.,<br><br>    Defendants. | Case No. 1:18-cv-00162-SAB<br><br>ORDER GRANTING APPLICATION FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 15)<br><br>DEADLINE: AUGUST 10, 2018 |

On May 23, 2018, the parties filed a notice of settlement in this action and were ordered to file dispositional documents within forty-five days of May 25, 2018. On July 9, 2018, an application for an extension of time to file dispositional documents was filed. The Court finds good cause exists to grant the request.

Accordingly, IT IS HEREBY ORDERED that the parties shall file dispositional documents in this matter on or before August 10, 2018.

IT IS SO ORDERED.

Dated: __**July 10, 2018**__

UNITED STATES MAGISTRATE JUDGE

1