# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,<br><br>  Plaintiff,<br><br>v.<br><br>THE HEIRS and DEVISEES OF CHARLES W. CHEVALLEY, et al.,<br><br>  Defendant. | Case No. 1:18-cv-00162-SAB<br><br>ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 17)<br><br>THIRTY DAY DEADLINE |

On May 24, 2018, Plaintiff filed a notice of conditional settlement informing the Court that the parties have reached settlement resolving this action. On July 10, 2018, the Court granted the parties' request for additional time to file dispositive documents. Dispositional documents were due on or before August 10, 2018. On August 9, 2018, the parties filed a request for one more thirty-day extension of time to file dispositional documents.

Finding good cause, it is HEREBY ORDERED that the parties shall file dispositional documents within thirty days of the date of entry of this order.

IT IS SO ORDERED.

Dated: __August 10, 2018__

UNITED STATES MAGISTRATE JUDGE

1